Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AGAIN TRADING CORP., a New York Corporation; ROSS STORES, INC., a California Corporation, individually and doing business as "DD'S DISCOUNT"; and DOES 1-10,<br><br>Defendant. | Case No.: 2:15-cv-03521-RGK-JEM<br>*Before the Honorable Judge R. Gary Klausner*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

**[PROPOSED] ORDER:**

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice with each party to bear its own costs, expenses, and attorneys' fees. It is further ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.

SO ORDERED.

Dated: October 7, 2015      By: _____

                                              Honorable Judge R. Gary Klausner
                                              United States District Court Judge